ORIGINAL

AO 91 (Rev. 11/11) Criminal Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 28 2013
DAVID J. MALAND, CLERK
BY
DEPUTY ______

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America
v.
ADAM BLANKENSHIP

*Defendant(s)*

Case No. 5:13MJ 25

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 28, 2013 in the county of Titus in the Eastern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2251 and 18 USC 2252A (1) | The defendant knowingly used a person under the age of eighteen to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and the pubic area of said minor, for the purpose of producing a visual depiction of such conduct, such visual depiction having actually been transported in interstate commerce via the Internet from Titus County, Texas, to Orlando, Florida; and knowingly transported in interstate commerce child pornography as defined in 18 United States Code 2256(8), by transmitting it from Titus County, Texas, to Orlando, Florida, via the Internet |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Hakan Catalan, Special Agent, DHS-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/28/2013

[signature]
*Judge's signature*

City and state: Texarkana, Texas

Caroline Craven, U.S. Magistrate Judge
*Printed name and title*