IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 5:13-CR-25<br>JUDGE SCHNEIDER/CRAVEN |
| | § | |
| ADAM BLANKENSHIP | § | |

MOTION FOR DETENTION HEARING

COMES NOW the United States and asks this Honorable Court to set the instant case for detention hearing under Title 18, United States Code, Section 3141 et seq. and would show the Court the following:

1. The pending case involves:

(X) (A) A crime of violence.

(X) (B) An offense which the maximum sentence is life imprisonment or death.

( ) (C) An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substance Act, the Controlled Substances Import and Export Act or Title 21, United States Code, Section 955(a), or a violation of Title 18, United States Code, Section 924(c).

( ) (D) A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, Section 3142(f)(1)(A)-(C) or comparable State or local offenses.

( ) (E) A serious risk that the Defendant will flee.

(X) (F) A serious risk that the person will obstruct or attempt to obstruct justice, or threaten or injure, or intimidate, or attempt to threaten, injure or intimidate a prospective witness or juror.

2. No condition or combination of conditions will reasonably assure:

(X) (A) The appearance of the person as required.

(X) (B) The safety of the community or any other person.

WHEREFORE, premises considered, the Government requests that the Defendant be held without bond.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ D. Ryan Locker
D. RYAN LOCKER
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24046307
500 Stateline Blvd, Room 402
Texarkana, Texas 75502
(903)794-9481
(903)792-5164 (facsimile)