**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

**JUDGE CAROLINE M. CRAVEN**
**COURTROOM DEPUTY/ECRO LYNN SIEBEL**
**LAW CLERK JENNIFER ORGERON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V** | § | **5:13cr23** |
| | § | |
| **ADAM BLANKENSHIP** | § | |

**ATTORNEY FOR PLAINTIFF: RYAN LOCKER, AUSA**
**ATTORNEY FOR DEFENDANT: JEFF HARRELSON**

12/03/2013

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| **TIME** | **MINUTES** |
|---|---|
| 10:00 am | Matter called for Initial Appearance and Arraignment on Indictment. |
| | Attorney announcements. |
| | Defendant informed of charges in Indictment. Defendant is informed of his rights. Mr. Jeff Harrelson previously appointed to represent Defendant in this matter. |
| | Defendant informed of range of penalty in this matter. |
| | Today is first appearance on the Indictment. |
| | Defendant enters plea of Not Guilty to all counts. Defendant waives reading of Indictment. |
| | Matter will be set for PTC before U. S. District Judge Michael Schneider. Scheduling Order will be sent electronically to counsel. |
| | Defendant previously waived detention hearing and reserves his right to request a hearing. Defendant remanded to the custody of the USM. |
| 10:05 am | Adjourn |