**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | **CASE NUMBER: 5:13CR23** |
| **ADAM BLANKENSHIP** | § | |

**O R D E R**

This case is set for **Pretrial Conference** on **January 9, 2014, at 9:00 a.m.** before United States District Judge Michael Schneider in Texarkana, Texas. Jury selection and trial will be announced at the pretrial conference.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **December 30, 2013**, **at 3:00 p.m.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

**SIGNED this 3rd day of December, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE